## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.   24-20286-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**JEFFREY DAVID KAMLET**,

      Defendant.

_____/

### <u>ORDER CONTINUING TRIAL</u>

**THIS CAUSE** came before the Court on Defendant, Jeffrey David Kamlet's Unopposed Motion for Continuance of Trial [ECF No. 16].   The Court has considered the Motion, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**.   The interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial.   As a result, the period of delay resulting from this continuance – *i.e.*, from the date the Motion was filed, August 15, 2024, to including the date trial commences – is excludable time under the Speedy Trial Act.   *See* 18 U.S.C. § 3161. The parties shall adhere to the following pre-trial and trial schedule:

1.      All pre-trial motions and motions *in limine* must be filed by **October 11, 2024**. Each party is limited to filing one motion *in limine*; if there is more than one Defendant, Defendants shall file a combined motion.   Motions *in limine* may exceed the page limits allowed by the Rules.

CASE NO.   24-20286-CR-ALTONAGA

2.      The deadline for the tendering of a guilty plea is **October 25, 2024**.   *See, e.g.*, *United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)).

3.      Calendar call will be held on **Tuesday, October 29, 2024, at 9:00 a.m.**   The case is set for **Jury Trial** during the two-week trial period that begins **November 4, 2024**.

4.      The case is set for a status conference on **August 30, 2024,** at **1:00 p.m.**   The parties and their counsel must be present.

**DONE AND ORDERED** in Miami, Florida, this 15th day of August, 2024.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2