UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20286-CR-ALTONAGA

UNITED STATES OF AMERICA

v.

JEFFREY KAMLET,

    **Defendant.**

_____/

## JOINT MOTION TO CONTINUE TRIAL

The United States and defendant Jeffrey Kamlet hereby jointly move this court for a two-week continuance of the trial, currently set for the February 24, 2025 trial period. As grounds therefor, the parties assert the following:

1. There are difficult legal and evidentiary issues faced by both parties in this case. Both parties are seeking a resolution that will avoid a lengthy suppression hearing and thereafter, if the suppression motion is denied, a jury trial.

2. Pre-trial diversion is one potential resolution under active consideration. This would require approval by management in the U.S. Attorney's Office. That prospect is currently undergoing such review, but it has not been completed.

3. The parties are mindful of the court's intention to avoid any further delays in this case. However, this motion is made in good faith in an effort to reach a just result.

Wherefore, the parties seek a two-week continuance to further their efforts at resolving the case.

    Respectfully submitted,

    HAYDEN PATRICK O'BYRNE
    UNITED STATES ATTORNEY

By:    s/ Frank H. Tamen
    FRANK H. TAMEN
    Assistant United States Attorney

Florida Bar No. 0261289  
99 NE 4th Street, Ste. 700  
Miami, Florida 33132  
Tel: (305) 961-9022  
Fax: (305) 536-7213  
Frank.Tamen@usdoj.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically provided to defense counsel Jayne Weintraub and filed on the 12th day of February, 2025 with the Clerk of the Court using CM/ECF.

/s/ Frank H. Tamen  
Frank H. Tamen  
Assistant United States Attorney