UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20286-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JEFFREY DAVID KAMLET**,

    Defendant.

_____/

## ORDER REFERRING MOTIONS TO MAGISTRATE JUDGE

THIS CAUSE came before the Court on Defendant, Jeffrey David Kamlet's Motion to Suppress Physical Evidence [ECF No. 39], and Motion to Dismiss Indictment Based on Pre-Indictment Delay [ECF No. 40]. Pursuant to 28 U.S.C. section 636(b)(1), Federal Rule of Criminal Procedure 59, and the Magistrate Rules of the Local Rules of the Southern District of Florida, it is

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 39 and 40]** are **REFERRED** to United States Magistrate Judge Lisette M. Reid to take all necessary and proper action as required by law.

**DONE AND ORDERED** in Miami, Florida this 14th day of February, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Magistrate Judge Lisette M. Reid