UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20286-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**JEFFREY DAVID KAMLET**,

    Defendant.

_____/

# ORDER

THIS CAUSE came before the Court on Defendant, Jeffrey David Kamlet's Motion to Suppress Physical Evidence [ECF No. 39] and Motion to Dismiss Indictment Based on Pre-Indictment Delay [ECF No. 40]. As the Government has advised it is dismissing the Indictment, it is

**ORDERED AND ADJUDGED** that the Motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record