UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20286-ALTONAGA

UNITED STATES OF AMERICA

v.

JEFFREY KAMLET,

    Defendant.
_____/

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses the Indictment against defendant **JEFFREY KAMLET** in this case without prejudices.

Respectfully submitted,

By:    HAYDEN P. O'BYRNE
          UNITED STATES ATTORNEY

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: Feb. 18, 2025

CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE